# Court of Appeals
# of the State of Georgia

ATLANTA, <u>February 06, 2014</u>

*The Court of Appeals hereby passes the following order:*

**A14A0831.  ALVIN MOORE v. GEORGIA PACIFIC CORP.**

In this direct appeal, Alvin Moore seeks review of the superior court's order affirming a decision of the State Board of Workers' Compensation.[1]  We lack jurisdiction.

An appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co*., 221 Ga. App. 279 (471 SE2d 59) (1996). Because Moore failed to follow the proper appellate procedure, his appeal is hereby DISMISSED for lack of jurisdiction.  See *Adivari*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, <u>02/06/2014</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Moore also filed an application for discretionary review of the same order. We dismissed that application as untimely.  See Case No. A14D0104 (Order of November 21, 2013).